## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ivra E. Davis dba The Ivra Davis Trust<br>　　　　　　Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　　　Movant<br>　　vs.<br>Ivra E. Davis dba The Ivra Davis Trust<br>　　　　　　Debtor | NO. 16-13500 ELF |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 6th day of October, 2016, upon failure of Debtor and Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6012 Catharine Street a/k/a 6012 Catherine Street, Philadelphia, PA 19143 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Ivra E. Davis dba The Ivra Davis Trust
6951 Ruskin Lane
Philadelphia, PA 19143

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532