United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ivra E. Davis  
    Debtor

Case No. 16-13500-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: DonnaR  Form ID: pdf900 | Page 1 of 1  Total Noticed: 1 | Date Rcvd: Oct 07, 2016 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.
db          +Ivra E. Davis,   6951 Ruskin Lane,   Upper Darby, PA 19082-5024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2016 at the address(es) listed below:
      ALEXANDRA T. GARCIA   on behalf of Creditor   Philadelphia Federal Credit Union
       ecfmail@mwc-law.com
      DAVID M. OFFEN   on behalf of Debtor Ivra E. Davis dmo160west@gmail.com,  davidoffenecf@gmail.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com, 
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                       TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ivra E. Davis dba The Ivra Davis Trust<br>　　　　　Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　　Movant<br>　vs.<br>Ivra E. Davis dba The Ivra Davis Trust<br>　　　　　Debtor | NO. 16-13500 ELF |
| William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this **6th** day of **October**, 2016, upon failure of Debtor and Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6012 Catharine Street a/k/a 6012 Catherine Street, Philadelphia, PA 19143 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Ivra E. Davis dba The Ivra Davis Trust
6951 Ruskin Lane
Philadelphia, PA 19143

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532