UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Ivra E. Davis dba The Ivra Davis Trust
       Bankruptcy No.  16-13500
       Adversary No.
       Chapter         13

Date:   November 28, 2016

To:    Ann E. Swartz, Esquire
       123 South Broad Street, Suite 1400
       Philadelphia, PA   19109

## NOTICE OF INACCURATE FILING

Re:  <u>Motion of Philadelphia Federal Credit Union For Relief From Automatic Stay</u>

The above pleading was filed in this office on **November 23, 2016.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

    ( )    Debtor's name does not match case number listed
    ( )    Debtor's name and/or case number (is) are missing
    ( )    Wrong PDF document attached
    ( )    PDF document  not legible
    (**X**)    Notice of Motion/Objection
    ( )    Electronic Signature missing
    ( )    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                                Timothy B. McGrath
                                Clerk

                                By:  **Jeanette Gilmore**
                                Deputy Clerk

CM-ECF 10 day notice.frm
4/30/04