**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Ivra E. Davis dba The Ivra Davis Trust<br><br>Debtor | Chapter 13<br><br>Bankruptcy No.16-13500-elf |

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Philadelphia Federal Credit Union or its Successor or Assignee, filed a Motion For Relief From the Automatic Stay with the court requesting Relief from the automatic stay as to property at 6951 Ruskin Lane, Upper Darby, Pennsylvania 19082.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

  1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 7, 2016 you or your attorney must do all of the following:

 (a) file an answer explaining your position at

  United States Bankruptcy Court
  For the Eastern District of Pennsylvania
  Robert N.C. Nix Sr. Federal Courthouse
  900 Market Street, Suite 201
  Philadelphia, Pennsylvania 19107

 If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

 (b) mail a copy to the movant's attorney:

  Ann E. Swartz, Esquire
  McCabe, Weisberg & Conway, P.C.
  123 S. Broad Street, Suite 1400
  Philadelphia, PA 19109
  Phone: 215-790-1010
  Fax: 215-790-1274

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Eric L. Frank on December 22, 2016, at 10:00a.m. in Courtroom #1, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, Pennsylvania 19107.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at (215) 408-2970 to find out whether the hearing has been canceled because no one filed an answer.

Date: November 23, 2016