United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13500-elf
Ivra E. Davis                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG              Page 1 of 2              Date Rcvd: Dec 21, 2016
                              Form ID: pdf900              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
```
13728787       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13728788      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
13780296        CREDITONE, LLC,    P.O. BOX 625,    METAIRIE, LA   70004-0625
13754975        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC   28272-1083
13728790       +City of Philadelphia,    Department of Revenue,    PO Box 200,    Philadelphia, PA 19105-0200
13728793       +City of Philadelphia, Law Department,    Municipal Services Building,
                 1404 JFK Boulevard, 5th Floor,    Philadelphia, PA 19107-3212
13728796     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN   55101-1311
               (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
13728797       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728810       +GRB Law,    1425 Spruce Street, Suite 100,    Philadelphia, PA 19102-4578
13728813       +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13728814       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13773064      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,   Dallas, TX 75261-9741)
13728816       +Navy Federal Cr Union,    Po Box 3700,    Merrifield, VA 22119-3700
13728817       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13728818       +Philadelphia Fcu,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13728819       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13809042       +Philadelphia Federal Credit Union,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
13778748        U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13728822       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13728826       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13728791        E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:25     City of Philadelphia,
                 Department of Revenue,   P.O. Box 966,    Philadelphia, PA 19105-0966
13816995       +E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:25
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13728792       +E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:25     City of Philadelphia,
                 Dept. of Revenue - Water Revenue Bureau,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1611
13728794       +E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:25     City of Philadelphia, Law Department,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1601
13728795       +E-mail/Text: bankruptcy@diamondresorts.com Dec 22 2016 02:08:55      Diamond Resorts Fs,
                 10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
13808108        E-mail/Text: bankruptcy.bnc@ditech.com Dec 22 2016 02:08:55
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13728811        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 22 2016 02:09:13     Jefferson Capital Syst,
                 16 Mceland Rd,   Saint Cloud, MN 56303
13740451       +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 22 2016 02:09:34      NAVY FEDERAL CREDIT UNION,
                 PO BOX 3000,    MERRIFIELD, VA 22119-3000
13728820       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2016 02:24:18
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13728823        E-mail/Text: james.feighan@phila.gov Dec 22 2016 02:09:33     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
13728825       +E-mail/Text: bankruptcydept@wyn.com Dec 22 2016 02:09:17     Wyndham Vaca,
                 10750 W Charleston Suite 130,    Las Vegas, NV 89135-1049
                                                                                              TOTAL: 11
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13728789*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
13728798*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728799*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728800*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728801*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728802*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728803*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728804*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728805*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728806*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728807*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728808*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13728809*      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
```

```
District/off: 0313-2           User: JeanetteG              Page 2 of 2                    Date Rcvd: Dec 21, 2016
                               Form ID: pdf900              Total Noticed: 31


              ***** BYPASSED RECIPIENTS (continued) *****
13728812*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court: Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303)
13728815*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
13728821*        +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13728824*         Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    Philadelphia Federal Credit Union
           ecfmail@mwc-law.com
          ANN E. SWARTZ     on behalf of Creditor    Philadelphia Federal Credit Union ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Philadelphia Federal Credit Union
           ecfmail@mwc-law.com
          DAVID M. OFFEN    on behalf of Debtor Ivra E. Davis dmo160west@gmail.com, davidoffenecf@gmail.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IVRA E. DAVIS          Chapter 13

Debtor          Bankruptcy No. 16-13500-ELF

**Order Dismissing Chapter 13 Case and**
**<u>Directing Counsel to File Master Mailing List</u>**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
IVRA E. DAVIS

6951 RUSKIN LANE

UPPER DARBY, PA 19082